AUSA: Thomas Franzinger Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Zachary Ferster Telephone: (313) 234-4000

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Martazz Desean Williams

Case No.

Case: 2:26−mj−30622
Assigned To : Unassigned
Assign. Date : 10/2/2026
Description: RE: MARTAZZ DESEAN WILLIAMS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | Possession with intent to distribute controlled substances. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Complainant's signature

Zachary Ferster, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: October 2, 2026

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Zachary Ferster, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1. I have been a DEA Special Agent since November 2020. I am currently assigned to the DEA Detroit Division Office. I am currently assigned to Strike Force Group 8. I have experience in the investigation, apprehension and prosecution of individuals involved in narcotics trafficking and money laundering offenses; and have participated in numerous investigations and arrests involving the violation of Federal narcotics and money laundering laws. I have participated in federal wiretaps, undercover operations, and federal and state residential search warrants, all of which have resulted in numerous arrests, narcotics seizures, asset seizures, and indictments.

2. The statements contained in this affidavit are based upon my experience as a DEA Special Agent and information provided by other Special Agents and law enforcement officers who have personal knowledge of the events and circumstances described herein, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. As explained below, there is probable cause to believe that Martazz Desean WILLIAMS has committed violations of 21 U.S.C. § 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute a Controlled Substance.

**Probable Cause**

4. On October 2, 2026, while patrolling Highway M-14, Plymouth Township (Michigan) Officer Warring observed a 2024 Dodge Ram bearing MI registration DUC229 traveling eastbound at approximately 80 mph, as detected by radar, over the posted limit of 70 mph. Officer Warring conducted a traffic stop of the Ram for speeding. After the Ram pulled over, Officer Warring spoke to the female driver of the Ram and the passenger, Martazz WILLIAMS. Officer Warring informed them that they were speeding and asked them to step out of the vehicle.

5. Wayne County K9 Deputy Nicolas Romano arrived moments later and conducted an open-air sniff using K9 Onyx, who is trained and certified in the detection of drug odors. I also responded to the stop and was informed that K9 Onyx alerted to the driver's passenger compartment area of the Ram. Officers and agents then conducted a probable cause search of the Ram.

6. In the trunk of the Ram, I found four large suitcases, which I removed and placed on the ground. K9 Onyx conducted an open-air sniff of the suitcases and alerted on them. I opened the suitcases and found some loose clothing. Underneath those clothes were vacuum-sealed bags containing bricks of suspected

controlled substances, some of which were wrapped inside of more clothing. WILLIAMS, who was not yet detained, then stated to me that the contents of all the suitcases were his, including the drugs. WILLIAMS was placed under arrest and transported to Plymouth Township Police Department.

7. At Plymouth Township Police Department, I conducted a Mirandized interview with WILLIAMS. WILLIAMS stated that he understood his rights and was willing to talk. WILLIAMS once again reiterated that the drugs were his and he was willing to “take the hit” for them.

8. The controlled substances were taken to the DEA Detroit Division Office and weighed at 42 kilograms. The contents of one of the bags was field-tested using TruNarc, which indicated the presence of cocaine.

**Conclusion**

9. Based on this information, there is probable cause to believe that Martazz Desean WILLIAMS has committed violations of 21 U.S.C. § 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute a Controlled Substance.

Respectfully submitted,

Zachary Ferster
DEA Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

October 2, 2026